UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALYSSIA NICOLE STONE,

     Plaintiff,

                                     Case No. 1:26-cv-677

v.

                                       HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.
_____/

## JUDGMENT

In accordance with the Order of Remand entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered

Dated:  June 24, 2026                           /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge